# In the United States Court of Federal Claims

No. 19-04C

(E-Filed: February 10, 2021)

|  |  |
|---|---|
| JUSTIN TAROVISKY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER

    On January 26, 2021, plaintiffs filed a motion to amend the pleadings. See ECF No. 133. Defendant's response was due to be filed on February 9, 2021. Instead of filing a response, defendant filed an opposed motion to stay all proceedings, including the its deadline to respond to plaintiffs' motion to amend the complaint. See ECF No. 139. Filing this motion, particularly because it is opposed by plaintiffs, does not excuse defendant from complying with the court's deadlines. The court will afford defendant one more opportunity to file a response to plaintiff's motion to amend the pleadings.

    Accordingly, on or before **February 16, 2021**, defendant is directed to **FILE** its **response** to plaintiffs' motion to amend the pleadings, ECF No. 133.

    IT IS SO ORDERED.

                                                                  s/Patricia E. Campbell-Smith  
                                                                  PATRICIA E. CAMPBELL-SMITH  
                                                                  Judge